IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-00498

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

**[PROPOSED] TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

This matter comes before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("**TRO Motion**") against Defendants Evelyn Enciso ("**Enciso**") and Airbnb, Inc. ("**Airbnb**") (collectively, "**Defendants**").

THE COURT, having reviewed the TRO Motion and Plaintiff's Verified Complaint, and being fully advised and prepared to rule, does hereby GRANT said TRO Motion, and ORDERS as follows:

That Defendants are hereby immediately enjoined from:

converting, transferring, assigning, selling, depleting, destroying, dissipating, or disbursing any of Plaintiff's property by the marketing or renting of the Property as an Airbnb rental unit.

It is further

ORDERED that Airbnb immediately suspend Enciso' Airbnb account/s for the Property and otherwise prevent Enciso from advertising or renting out the Property on Airbnb;

1

2

It is further

ORDERED that, pursuant to Fed. R. Civ. P. 65(b)(2), this order shall expire on _____, absent good cause shown for why the order should be extended, or consent by Defendants to extend the order.

It is further

ORDERED that, pursuant to Fed. R. Civ. P, 65(c), Plaintiff shall post a bond of _____ as security.

It is further

ORDERED that Plaintiff shall provide notice of this order to Defendants.

It is further

ORDERED that the Parties are instructed to call chambers together on a conference call (_____) in order to schedule time for a preliminary injunction hearing.

It is further

ORDERED that Defendants are to submit briefing as to why this Court should not grant a motion for a preliminary injunction by no later than 5:00 p.m. on _____.

DATED: _____

BY THE COURT:

_____
United States District Judge