# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-00498-RM

**JORY CASS**
    Plaintiff,

v.

**EVELYN ENCISO and AIRBNB, INC.**
    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Zachary M. Graupmann of Jeffrey M. Villanueva, P.C. enters its appearance as counsel of record on behalf of Defendant Evelyn Enciso in the above-captioned action.

Dated this 24th day of February, 2021.

        Respectfully submitted,

        *s/Zachary M. Graupmann*
        Jeffrey M. Villanueva
        Zachary M. Graupmann
        Jeffrey M. Villanueva, P.C.
        1755 Blake Street, Suite 225
        Denver, Colorado 80202
        Telephone: 303-295-7525
        E-mail: jeff@jmvpclaw.com
               zac@jmvpclaw.com
        **ATTORNEYS FOR DEFENDANT EVELYN ENCISO**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Victoria Edwards, #39838
Jackson Kelly, PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
E-mail:  Victoria.edwards@jacksonkelly.com

                                                             *s/Monica Hart*