**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.** 21-CV-00498-RM-KLM

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

---

**DEFENDANT EVELYN ENCISO'S WAIVER AND ACCEPTANCE OF SERVICE**

---

    The undersigned, Zachary M. Graupmann, Esq., hereby acknowledges receipt of the Summons issued to Evelyn Enciso, Verified Complaint for Damages and Injunctive Relief, Exhibits A, B, C and D, Motion for Temporary Restraining Order and Preliminary Injunction, Proposed Temporary Restraining Order and Preliminary Injunction, Minute Order Assigning Judge Raymond P. Moore and Magistrate Judge Kristen L. Mix, Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge form, Minute Order referring case to Magistrate Judge Mix, and the Minute Order regarding Judge Moore's Civil Practice Standards in the above-captioned matter.  The undersigned accepts and acknowledges service of the aforementioned documents, as if service had been personally made on him in accordance with the Federal Rules of Procedure.  The undersigned hereby waives any claim that service upon him was defective or failed to comply with the Federal Rules of Civil Procedure.

    DATED this 24th day of February, 2021.

    *s/Zachary M. Graupmann*
    Zachary M. Graupmann, Esq.

1