**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

---

**JORY CASS' NOTICE OF CONFERRAL**

---

PLEASE TAKE NOTICE that undersigned counsel for Plaintiff, Jory Cass, pursuant to D.C.COLO.LCivR 7.1, has conferred with counsel for Defendant, Evelyn Enciso, regarding Plaintiff's Motion for Temporary Restraining Order ("**TRO Motion**") against Defendants Evelyn Enciso and Airbnb, Inc.  Enciso objects to the TRO Motion.

As for Defendant Airbnb, Inc., it has not yet entered an appearance and undersigned counsel is unaware of how to contact Defendant Airbnb, Inc. concerning the TRO Motion.  Thus, undersigned counsel has not attempted to notify Airbnb, Inc. about the TRO Motion.  Moreover, for the reasons set forth in the TRO Motion, such acts would be futile because Airbnb, Inc. has been unresponsive to Plaintiff's numerous requests to close Defendant Enciso's Airbnb account.  Plaintiff stands to suffer irreparable harm if immediate relief is not provided.

2

Respectfully submitted this 1st day of March, 2021.

                */s/Victoria Edwards*
                Victoria Edwards, #39838
                Jackson Kelly, PLLC
                1099 18th Street, Suite 2150
                Denver, CO 80202
                Victoria.edwards@jacksonkelly.com
                *ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 1, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

              */s/ Tammy Harris*
              Tammy Harris

4843-3403-4142.v1