IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Tess Hand-Bender enters her appearance as counsel of record on behalf of Defendant Airbnb, Inc. in the above-captioned action.

Dated: March 4, 2021.

    *s/ Tess Hand-Bender*
Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  jackie.roeder@dgslaw.com
        tess.hand-bender@dgslaw.com
*Attorneys for Defendant Airbnb, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was filed and served via **CM/ECF** e-file system on this 4th day of March, 2021, addressed to the following:

| | |
|---|---|
| Victoria Edwards | Jeffrey M. Villanueva |
| Jackson Kelly, PLLC | Zachery M. Graupman |
| 1099 18th Street, Suite 2150 | Jeffrey M. Villanueva, P.C. |
| Denver, CO 80202 | 1755 Blake Street, Suite 225 |
| Email: Victoria.edwards@jacksonkelly.com | Denver, CO 80202 |
| | Email: jeff@jmvpclaw.com |
| | zac@jmvpclaw.com |

*s/ Paige Finnell*
Paige Finnell

- 2 -