| Attorney or Party without Attorney: Victoria Edwards, Esq. Jackson Kelly, PLLC 1099 18th Street, Suite 2150 Denver, CO 80202 Telephone No: 303-390-0182 Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The District Of Colorado | | | | |
| Plaintiff: Jory Cass Defendant: Evelyn Enciso, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 21CV00498RMKLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order and Preliminary Injunction; [Proposed] Temporary Restraining Order and Preliminary Injunction; Case Assigned to Judge Raymond P. Moore; Consent/ Non-Consent to the Exercise of Jurisdiction by a US Magistrate Judge; Election Concerning Consent/ Non-Consent to US Magistrate Judge Jurisdiction; Docket Order Referring Case to Magistrate Judge Kristen L. Mix; Minute Order Regarding Local Rules

3. a. Party served:        Airbnb, Inc
   b. Person served:      Susie Vang, Person Authorized to Accept

4. Address where the party was served:   CSC Lawyers Incorporating Services
                                          2710 Gateway Oaks Dr, Suite 150 N
                                          Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 16, 2021 (2) at: 1:50PM

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                                   d. **The Fee** for Service was:    $58.50



1500 W. El Camino Avenue, #510
Sacramento, CA 95833
855-5VALPRO, Fax (866) 900-4665
www.ValproAttorneyServices.com

Valpro
ATTORNEY SERVICES

   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:    2014-45
       (iii) County:              Sacramento

SEE ATTACHED
CA ACKNOWLEDGMENT

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Mar. 16, 2021

| Judicial Council Form Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (John M. Adams)   jacksonk.35230 |
|---|---|---|

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of Sacramento }

On 03/16/2021 before me, Elizabeth Lorena Mendez-Nova, Notary Public,
(Here insert name and title of the officer)

personally appeared John Michael Adams,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature        (Notary Public Seal)

[Notary Seal: ELIZABETH LORENA MENDEZ-NOVA, COMM. # 2320225, NOTARY PUBLIC - CALIFORNIA, SACRAMENTO COUNTY, COMM. EXPIRES JANUARY 31, 2024]

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1  Document Date 3/16/21

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officor

_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.