IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-00498-RM-KLM

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

### PLAINTIFF JORY CASS'S NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT AIRBNB, INC.

PLEASE TAKE NOTICE that Plaintiff Jory Cass, by and through his attorney, Victoria Edwards of Jackson Kelly, PLLC, hereby withdraws his Motion for Temporary Restraining Order ("**Motion**") against Defendant Airbnb, Inc. Defendant Airbnb, Inc. has confirmed the listing at issue will remain inactive, pending resolution of this matter.

The Motion is now brought only against Defendant Evelyn Enciso, who has already filed her response to the Motion.

Respectfully submitted this 30th day of March, 2021.

    */s/Victoria Edwards*
    Victoria Edwards, #39838
    Jackson Kelly, PLLC
    1099 18th Street, Suite 2150
    Denver, CO 80202
    Victoria.edwards@jacksonkelly.com
    *ATTORNEY FOR PLAINTIFF*

4844-7530-5443.v1
4817065.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202

*Attorneys for Defendant Airbnb, Inc.*

                                                */s/ Tammy Harris*
                                                Tammy Harris