EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

     Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

     Defendants.

---

**DECLARATION OF DARIEN SHEPHERD IN SUPPORT OF MOTION
TO COMPEL ARBITRATION**

---

I, Darien Shepherd, hereby declare as follows:

1.     I am over the age of 18 and am not a party to this litigation.   I am currently employed by Airbnb, Inc. ("Airbnb") as a Trust Legal Investigations Supervisor and I maintain an office at      Portland, Oregon, 97209.   As an Airbnb Trust Legal Investigations Supervisor, I work with, and am familiar with, the Platform and website pages maintained by Airbnb including, but not limited to, the pages that display Airbnb's account sign-up screens and the subsequent events that require user assent or consent ("Consent Events") on both computer and mobile devices.   I am also familiar with the manner in which Airbnb maintains its records of user assent and account creation in the ordinary course of its business, as well as the manner in which Airbnb regularly maintains records pertaining to bookings made through the Airbnb online platform.   I have personal knowledge of the facts set forth below except those facts set forth upon information and belief.   As to those facts, I believe them to be true.   If called as a witness,

I could and would testify competently to the facts herein.  I am authorized to provide this Declaration on Airbnb's behalf, and I submit this Declaration in support of Airbnb's Motion to Compel Arbitration and Stay Proceeding.

### The Airbnb Platform

2.      Airbnb provides an online platform that connects third-parties who wish to offer their unique accommodations (called "Hosts") with third-party travelers seeking to book accommodations (called "Guests").    The platform is accessible online at http://www.airbnb.com and via mobile applications.  As the Terms of Service explain, Hosts are responsible for listing their accommodations on the platform, and they alone decide whether, to whom, when, and on what material terms they will offer or book their accommodations.  Agreements for bookings are between Hosts and Guests directly, and Airbnb is not a party to the booking transactions or any agreements between Hosts and Guests.   Airbnb does not own or control the accommodations that Hosts list on the platform, and Airbnb does not operate, manage or otherwise have any interest in, or grant any interest in, properties that Hosts list on the platform.   Moreover, Airbnb's Terms of Service explain that Airbnb does not endorse or warrant the existence or legality of any of the properties listed on the platform.   Nor is Airbnb responsible for investigating or verifying the representations Hosts make when listing properties on the platform.

3.      Airbnb operates a global platform and has users in all fifty states.   Users can access the Airbnb platform through the internet from anywhere in the United States.  Guests can make reservations with Hosts offering accommodations in all fifty states.  For example, a Host in Arlington, Virginia, can decide to offer an accommodation for

booking on the Airbnb platform to a Guest visiting from Kansas City, Missouri.

4.      I am familiar with the user interface presentation and the behavior of the Airbnb Platform.   The dates and times of users' initial assent to each version of the Terms of Service are recorded automatically in Airbnb's database in the ordinary course of business at or near the time of the assent.   I have personally reviewed Airbnb's records relating to the sign-up screens and Consent Events Airbnb uses, as discussed below.   I have also reviewed Airbnb's business records pertaining to the account associated with the user name Jory Cass associated with the email address jcass002@fiu.edu ("Mr. Cass"), and pertaining to the listings for the property that is identified in Airbnb's business records as being located at 7583 Lamar Ct., Arvada, Colorado, 80003 (the "Property").   I have confirmed that Mr. Cass consented to multiple versions of Airbnb's Terms of Service.

### Consent to the Terms of Service

5.      At all times relevant to this litigation, Airbnb users, including Mr. Cass, were required to agree to the then-current Terms of Service (among other agreements) before they could create an Airbnb account, list or book an accommodation via the Airbnb platform, or send messages via the Airbnb platform.

6.      Prospective users who sought to transact using the Airbnb platform were first required to proceed through Airbnb's account creation process. At all times relevant to this litigation, when a user signed up for an Airbnb account, that user was required to press a button to affirmatively indicate their agreement to the Airbnb Terms of Service and, depending on the time of sign-up, certain other policies.  The Terms of Service and

other applicable policies were visibly hyperlinked, and the user was given an opportunity to review the terms before agreeing to create an account. Thus, prospective users were notified about the Terms of Service; had the opportunity to review the Terms of Service; and indicated their agreement to be bound by the Terms of Service for as long as they continued using Airbnb's platform, website, and services in the process of signing up for an Airbnb account.

7.     Thereafter, when Airbnb updated its Terms of Service, it required its account holders to affirmatively indicate their agreement to the updated Terms of Service as a condition of their continued use of the Airbnb platform, website, and services.  In order to inform users of an update before the update became effective, Airbnb sent an email to the email address associated with each of its current account holders to notify them of the impending update and provide them with an opportunity to preview the updated Terms of Service by clicking on a hyperlink in the email.   Then, the first time account holders logged in to their Airbnb accounts after the effective date of the updated Terms of Service, they were presented with that updated Terms of Service, either in a scroll-box or via a hyperlink, and were required to affirmatively click an electronic button indicating their agreement to continue to be bound by the updated Terms of Service.   The button account holders clicked was accompanied by text indicating that they were accepting the updated Terms of Service and other applicable policies.  Users were required to click this button before they were able to continue using Airbnb's services or transact with other users via their Airbnb account.   Following a Consent Event, Airbnb does not allow existing users to log in, interact with other users, create a listing, or book a reservation

using the Airbnb platform until after they indicate their acceptance of the updated Terms of Service.

8.      In addition, Airbnb's current Terms of Service are available by hyperlink on Airbnb's homepage, www.airbnb.com, and directly at www.airbnb.com/terms. The current Terms of Service are publicly available—no Airbnb account is required to access them.

### *Mr. Cass Consented to the Terms of Service*

9.      I have reviewed Airbnb's business records associated with the account of Mr. Cass.  The business records that I reviewed are all regularly maintained in the ordinary course of Airbnb's business and were made at or near the time of the events, conditions, or occurrences they describe.   The business records showing the date that Mr. Cass created an account and each date upon which he consented to updated versions of the Terms of Service are attached hereto as **Exhibits A and B**, respectively, and incorporated here by this reference.  Based on my review of Airbnb's business records associated with this account, and as reflected in **Exhibits A and B**, "Jory Cass" created an account on March 5, 2018, and consented to the Terms of Service on that date.  As further reflected in **Exhibit A**, Mr. Cass created his account using a desktop browser and thus would have been presented with the account creation flow identical or substantially similar to that described in paragraphs 10 through 12 below.

10.      Attached hereto as **Exhibit C**, and incorporated herein by this reference, is a true and correct copy of the initial sign-up screen that users would have seen if they created on account on March 5, 2018 when they created an account through a web browser.  As

**Exhibit C** illustrates, users were presented with three click button options: "Continue with Facebook", "Continue with Google", and "Sign up with Email".   As **Exhibit C** further illustrates, the text immediately below the three click buttons states, "By clicking Sign up or Continue with, I agree to Airbnb's Terms of Service…" and certain other policies.  The phrase "Terms of Service" and the other policies were off-set in blue type and hyperlinked so the user could click to read the full documents.

11.    **Exhibit A** demonstrates that Mr. Cass signed up for his account by utilizing an email address. Attached hereto as **Exhibit D** is a true and correct copy of the second screen users would have seen when they created an account on March 5, 2018 and clicked "Sign up with Email."  As **Exhibit D** illustrates, the TOS was again hyperlinked in blue type in close proximity to the sign-up buttons.

12.    Attached hereto as **Exhibit E**, and incorporated herein by this reference, is a true and correct copy of the final sign-up screen that users would have seen if they created an account on March 5, 2018.  Regardless of which option the prospective user selected and clicked in the initial sign-up screen available at **Exhibit C** ("Continue with Facebook"; "Continue with Google"; or "Sign up with Email"), *all users* who created an account on March 5, 2018 would ultimately have been directed to the final "Before you join" screen shown at **Exhibit E**.   As **Exhibit E** illustrates, users are required to indicate their acceptance or declination of the Terms of Service, which are provided via a green hyperlink just above the "Accept" button.  Users must press the "Accept" button in order to log in, interact with other users, create listings, or book reservations using Airbnb's platform.

13.     Airbnb periodically updates its Terms of Service. When it does, Airbnb requires its account holders to indicate their agreement to the updated Terms of Service before they can continue to use the Airbnb Platform to transact with other users of Airbnb's website and services.  As explained in paragraph 7 above, every time Airbnb updates the Terms of Service, it sends an email to the email addresses associated with existing account holders accounts to notify them of the change and provide them with information and an opportunity to review the updated terms directly by clicking on the hyperlink provided in the email.

14.     A true and correct copy of the version of the Terms of Service that were in effect on March 5, 2018 (Version 7), and which were available to Mr. Cass through the Terms of Service hyperlink on the three sign-up screens, as shown in **Exhibits C, D, and E**, is attached hereto as **Exhibit F** and is incorporated herein by this reference.

15.     **Exhibits A and B** confirm that, on March 5, 2018, Mr. Cass agreed to the Terms of Service by going through a process on a desktop browser identical or substantially similar to that described in paragraphs 10 through 12 above, that he was presented with the sign-up flow identical or substantially similar to that contained in **Exhibits C through E** and that he clicked the "Accept" button at the end of the account creation process indicating his acceptance of the Terms of Service attached hereto as **Exhibit F.**

16.     As previously indicated, Airbnb records the date(s) upon which each user assents to updated Terms of Service and regularly maintains those records in the ordinary course of its business. **Exhibit B** confirms that in addition to indicating his agreement to Airbnb's Terms of Service on March 5, 2018 when he created his account, Mr. Cass

consented to the Terms of Service three additional times: Version 8 on July 12, 2018, Version 10 on March 31, 2019, and Version 11 on February 16, 2021.  A true and correct copy of Version 10 of the TOS, to which Mr. Cass initially indicated agreement on March 31, 2019 is attached hereto as **Exhibit G.**  A true and correct copy of Version 11 of the Terms of Service, to which Mr. Cass agreed to on February 16, 2021, and which are the current Terms of Service for existing accounts that were created prior to October 30, 2020, is available by hyperlink on Airbnb's homepage, and is attached hereto as **Exhibit H** and incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of March, 2021, at Portland, Oregon, United States of America.

By