# EXHIBIT A

Sign_Up  ABNB

| id_user | first_name | last_name | email | dim_country | dim_language | dim_locale | ds_account_created | dim_signup_method | dim_platform | dim_user_agent |
|---|---|---|---|---|---|---|---|---|---|---|
| 176839244 | Jory | Cass | jcass002@fiu.edu | US | en | en | 3/5/18 | EMAIL | WEB_DESKTOP | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.186 Safari/537.36 |