# EXHIBIT B

TOS_Consent                                                                                                                 ABNB

| id | first_name | last_name | email | tos_version | tos_accepted_at |
|---|---|---|---|---|---|
| 176839244 | Jory | Cass | jcass002@fiu.edu | 7 | 2018-03-05 23:51:00.0 |
| 176839244 | Jory | Cass | jcass002@fiu.edu | 8 | 2018-07-12 19:06:57.0 |
| 176839244 | Evelyn | Enciso | nyl3ve_16@hotmail.com | 10 | 2019-03-31 23:00:06.0 |
| 176839244 | Jory | Cass | jcass002@fiu.edu | 10 | 2019-03-31 23:00:06.0 |
| 176839244 | Jory | Cass | jcass002@fiu.edu | 11 | 2021-02-16 20:28:23.0 |