# EXHIBIT D

Sign up with Facebook or Google

or

Email address ✉

First name 👤

Last name 👤

Create a Password 🔒

**Birthday** ❓

| Month ▼ | Day ▼ | Year ▼ |

☑ I'd like to receive marketing and policy communications from Airbnb and its partners.

By clicking Sign up or Continue with, I agree to Airbnb's Terms of Service, Payments Terms of Service, Privacy Policy, and Nondiscrimination Policy.

**Sign up**

Already have an Airbnb account?   Log in