# EXHIBIT E

# Before you join

Our mission is to build a trusted community where anyone can belong anywhere. To ensure this, we're asking you to accept our terms of service and make a commitment to respect everyone on Airbnb.

**Airbnb Community Commitment**

I agree to treat everyone in the Airbnb community—regardless of their race, religion, national origin, ethnicity, skin color, disability, sex, gender identity, sexual orientation or age—with respect, and without judgment or bias. Learn more

**Airbnb Terms of Service**

I also accept Airbnb's Terms of Service, Payments Terms of Service, Privacy Policy, and Nondiscrimination Policy.

[ Accept ]    [ Decline ]