IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

    Defendants.

## DEFENDANT AIRBNB, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1, Defendant Airbnb, Inc. ("Airbnb"), by and through its undersigned counsel, respectfully requests an extension of seven (7) days to respond to the complaint, up to and including April 13, 2021.  In support of this Motion, Airbnb submits the following:

1. Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for Airbnb conferred with counsel for Plaintiff who stated she does not oppose the relief sought herein.

2. Airbnb was served with the Complaint on March 16, 2021.

3. Airbnb's responsive pleading is currently due April 6, 2021.

4. Airbnb seeks the additional time to permit counsel to confer and for the parties to confer on the background of the allegations and any potential early resolution.

5. Airbnb requests a seven (7) day extension, up to and including April 13, 2021, to respond to Plaintiff's complaint.

- 2 -

6. Airbnb has not sought an extension prior to this request. The extension is unopposed and will not prejudice any party. This motion is not being made for the purpose of delay or any other improper purpose.

7. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be served contemporaneously by counsel on Airbnb.

WHEREFORE, Airbnb respectfully requests that the Court enter an Order granting Airbnb a seven (7) day extension, up to and including April 13, 2021, to respond to the Complaint. A proposed order is attached.

Dated: April 1, 2021.

    *s/ Jacqueline V. Roeder*
Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: jackie.roeder@dgslaw.com

*Attorneys for Defendant Airbnb, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT AIRBNB, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** was filed and served via **CM/ECF** e-file system on this 1st day of April, 2021, addressed to the following:

| | |
|---|---|
| Victoria Edwards<br>Jackson Kelly, PLLC<br>1099 18th Street, Suite 2150<br>Denver, CO 80202<br>Email: Victoria.edwards@jacksonkelly.com | Jeffrey M. Villanueva<br>Zachery M. Graupman<br>Jeffrey M. Villanueva, P.C.<br>1755 Blake Street, Suite 225<br>Denver, CO 80202<br>Email:  jeff@jmvpclaw.com<br>          zac@jmvpclaw.com |

*s/ Paige Finnell*
Paige Finnell