IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

    Defendants.

**ORDER RE: DEFENDANT AIRBNB, INC.'S, UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

THIS MATTER having come before the Court on Defendant Airbnb, Inc.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court being fully advised herein, hereby

GRANTS Defendant Airbnb's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Airbnb shall have up to and including April 13, 2021, in which to answer or otherwise respond to Plaintiffs' Complaint.

Dated: _____

BY THE COURT:

_____
U.S. District Judge/Magistrate Judge