**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

    Defendants.

---

**DEFENDANT AIRBNB, INC.'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

---

Pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCivR 6.1, Defendant Airbnb, Inc. ("Airbnb"), by and through its undersigned counsel, respectfully requests an additional extension of seven (7) days to respond to the complaint, up to and including April 20, 2021. In support of this Motion, Airbnb submits the following:

1. Pursuant to D.C.COLO.LCivR 7.1(a), Counsel for Airbnb conferred with counsel for Plaintiff who stated she does not oppose the relief sought herein.

2. Airbnb was served with the Complaint on March 16, 2021. Pursuant to this Court's order of April 1, 2021, Airbnb was granted a seven (7) day extension of time to respond from April 6, 2021 to April 13, 2021.

3. Airbnb requests an additional seven (7) day extension, up to and including April 20, 2021, to respond to Plaintiff's complaint.

4. Airbnb seeks the additional time to permit counsel to continue to confer on a potential early resolution.

5. Airbnb has sought one seven (7) day extension prior to this request. The extension is unopposed and will not prejudice any party. This motion is not being made for the purpose of delay or any other improper purpose.

6. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be served contemporaneously by counsel on Airbnb.

WHEREFORE, Airbnb respectfully requests that the Court enter an Order granting Airbnb an additional seven (7) day extension, up to and including April 20, 2021, to respond to the Complaint. A proposed order is attached.

Dated: April 8, 2021.

*s/ Jacqueline V. Roeder*
Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: jackie.roeder@dgslaw.com
tess.hand-bender@dgslaw.com

*Attorneys for Defendant Airbnb, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT AIRBNB, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** was filed and served via CM/ECF e-file system on this 8th day of April, 2021, addressed to the following:

| | |
|---|---|
| Victoria Edwards | Jeffrey M. Villanueva |
| Jackson Kelly, PLLC | Zachery M. Graupman |
| 1099 18th Street, Suite 2150 | Jeffrey M. Villanueva, P.C. |
| Denver, CO 80202 | 1755 Blake Street, Suite 225 |
| Email: Victoria.edwards@jacksonkelly.com | Denver, CO 80202 |
| | Email: jeff@jmvpclaw.com |
| | zac@jmvpclaw.com |

*s/ Paige Finnell*
Paige Finnell