IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO and AIRBNB, INC.,

    Defendants.

**ORDER RE DEFENDANT AIRBNB, INC.'S, SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

THIS MATTER having come before the Court on Defendant Airbnb, Inc.'s Second Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court being fully advised herein, hereby

GRANTS Defendant Airbnb's Second Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Airbnb shall have up to and including April 20, 2021, in which to answer or otherwise respond to Plaintiff's Complaint.

Dated: _____

BY THE COURT:

_____
U.S. District Judge/Magistrate Judge

4824074.1