## Harris, Tammy

| | |
|---|---|
| **From:** | Edwards, Victoria |
| **Sent:** | Friday, April 2, 2021 1:39 PM |
| **To:** | Zac Graupmann; Jeff Villanueva |
| **Cc:** | Harris, Tammy |
| **Subject:** | Re: Cass v. Enciso - Additional Theft and Conversion Claims |

Mr. Graupmann,

My client has just informed me of more disturbing news. Your client took Mr. Cass's Social Security Card, his passport, and his closing documents from the purchase of the Colorado house.

These important documents were in Mr. Cass's cabinet. It appears Ms. Enciso pulled all of these documents from the cabinet, rummaged through them, and left a few items behind. These are serious  issues which will be brought to the federal court's attention.  We will likely be bringing another federal claim or two based on this activity.  Please talk to your client about returning these items, as her actions if not immediately resolved could result in serious liability.


Victoria

On Fri, Apr 2, 2021 at 12:42 PM Jory Cass <jcass002@fiu.edu> wrote:
> Correct. Social Security Card, my passport, the stack of mortgage paperwork you get after purchasing a
> property. I can check on if the documents include the credit check and title and stuff when I go back over
> there later.


Victoria Edwards | Counsel |Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card | BIO

---

**From:** Edwards, Victoria
**Sent:** Friday, April 2, 2021 11:25:54 AM
**To:** Zac Graupmann <Zac@jmvpclaw.com>; Jeff Villanueva <jeff@jmvpclaw.com>
**Cc:** Harris, Tammy <tammy.harris@jacksonkelly.com>
**Subject:** Cass v. Enciso - Additional Theft and Conversion Claims

Mr. Graupmann,

My client has informed me that a number of items were stolen and damaged at the property. Specifically, Ms. Cass's $10,000 bed and TV are missing. His special road bike is also missing. Also, all of his gym weights are gone.

In addition, there is damage to the property.  The fence is damaged, the new stove is severely damaged and there is damage to the paint on the interior.

Below are pictures evidencing the damage and stolen items.

As I stated in previous correspondence, we will be amending the federal complaint to add these missing items to the theft and conversion claims. We have proof that Mr. Cass paid for these items, and that the missing items were in the

**Exhibit A to**
**Reply in Support of**
**Preliminary Injunction**

property before Ms. Enciso gained full control of the property. We also have proof of the prior condition of the property. This proof will be presented at the Preliminary Injunction Hearing, and your client will be liable for taking such items and causing such damage under the pending injunction request.

Victoria







Exhibit A to
Reply in Support of
Preliminary Injunction





Exhibit A to
Reply in Support of
Preliminary Injunction



Exhibit A to
Reply in Support of
Preliminary Injunction





Exhibit A to
Reply in Support of
Preliminary Injunction



Sent from my iPhone