Case No. 1:21-cv-00498-RM-KLM   Document 28-3   filed 04/13/21   USDC Colorado   pg 1 of 2

Certified to be a true
and exact copy of the
original document
Ascendant Title



# WARRANTY DEED

**THIS DEED** is dated <u>24th</u> day of <u>July, 2019</u>, and is made between **DRAGONFLY INVESTMENTS, LLC AS TO AN UNDIVIDED 30% INTEREST and ZEBULON TAUL GRAHAM**, the "Grantor" (whether one, or more than one), of the County of JEFFERSON and State of COLORADO, and **JORY CASS**, the "Grantee" (whether one, or more than one), whose legal address is **7583 LAMAR COURT, ARVADA, Colorado 80003** of the County of JEFFERSON, State of **Colorado**.

**WITNESS**, that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY THOUSAND AND NO/100** Dollars **($450,000.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **JEFFERSON** and State of **Colorado**, described as follows:

SEE LEGAL EXHIBIT ATTACHED

Tax parcel no.: 29-363-05-029
also known by street address as: **7583 LAMAR COURT, ARVADA, CO 80003**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantees' heirs and assigns forever.  The Grantor, for the Grantor and the Grantors' heirs and assigns, does covenant, grant, bargain, and agree to and with the Grantee, and the Grantees' heirs and assigns: that at the time of the ensealing and delivery of these presents, the Grantor is well seized of the premises above described; has good, sure, perfect, absolute and indefeasible estate of inheritance, in law and in fee simple; and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid; and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature whatsoever, except general taxes for the current and all subsequent years; and subject to:  ☐ none; or ☒ those specific recorded Exceptions as set forth on Exceptions Exhibit attached hereto:

The grantors shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantees, their heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof.

DRAGONFLY INVESTMENTS, LLC AS TO AN UNDIVIDED 30% INTEREST

BY: _____
JAY SANDSTROM
MEMBER

BY: _____
ZEBULON TAUL GRAHAM

STATE OF: Colorado
COUNTY OF: Arapahoe } ss.

The foregoing instrument was acknowledged before me on this **24th day of July, 2019**, by JAY SANDSTROM, MEMBER FOR AND ON BEHALF OF **DRAGONFLY INVESTMENTS, LLC AS TO AN UNDIVIDED 30% INTEREST and ZEBULON TAUL GRAHAM**.

_____
Notary Public
My commission expires: 4-26-2023

DIANE CROWLEY ORTIZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994011256
MY COMMISSION EXPIRES APRIL 26, 2023

Doc Fee $45.00

No. 921A. Rev. 10-09.  WARRANTY DEED

DIANE CROWLEY ORTIZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994011256
MY COMMISSION EXPIRES APRIL 26, 2023

(Page 1 of 2)

**Attachment 1**
**Jory Cass Affidavit**

## EXCEPTIONS EXHIBIT

1. COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATIONS AND LIEN RIGHTS (IF ANY), WHICH DO NOT INCLUDE A FORFEITURE OR REVERTER CLAUSE, DELETING RESTRICTIONS, IF ANY, BASED UPON RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS OR NATIONAL ORIGIN AND ANY AND ALL SUPPLEMENTS, AMENDMENTS AND ANNEXATIONS THERETO, SET FORTH IN DECLARATIONS RECORDED JANUARY 7, 1972 IN BOOK 2332 AT PAGE 716.

2. EASEMENTS, NOTES, COVENANTS, RESTRICTIONS AND RIGHTS-OF-WAY AS SHOWN ON THE PLAT OF THE HIGHLANDS SUBDIVISION, FILING NO. 2, RECORDED SEPTEMBER 10, 1971 AT RECEPTION NO. 443010.

No. 921A. Rev. 10-09.  WARRANTY DEED                                                                                                   (Page 2 of 2)

**Attachment 1**
**Jory Cass Affidavit**