IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

## PLAINTIFF'S NOTICE OF ERRATA

Upon review of Plaintiff's Reply in Support of his Motion for Preliminary Injunction against Defendant Evelyn Enciso ("**Reply**") (Doc. No. 28), Plaintiff noticed that certain exhibit references were incorrect. This revised filing makes minor corrections to exhibit labels and the exhibit citations in the Reply, and does not otherwise change or add any arguments.

Respectfully submitted this 14th day of April 2021.

                              */s/Victoria Edwards*
                              Victoria Edwards, #39838
                              Jackson Kelly, PLLC
                              1099 18th Street, Suite 2150
                              Denver, CO 80202
                              Victoria.edwards@jacksonkelly.com
                              *ATTORNEY FOR PLAINTIFF*

4843-2813-1813.v1

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202

*Attorneys for Defendant Airbnb, Inc.*

                */s/ Tammy Harris*
                Tammy Harris