IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

**AFFIDAVIT OF JORY CASS**

I, Jory Cass, swear to the truth of the following statements:

1.    I am an adult over the age of eighteen (18) years old, of sound mind, and otherwise competent to testify to the matters set forth in this Affidavit.

2.    All statements asserted in this Affidavit are within my personal knowledge, which are true and correct to the best of my knowledge.

3.    I own legal title to real property located at 7583 Lamar Court, Arvada CO 80003 ("**Property**"). Attached as **Attachment 1** is a true and correct copy of my proof of title to the Property. I am not bringing or alleging any claims in this lawsuit that go to ownership of the Property.

4.    Ms. Enciso is suing me in state court. All her claims in the state court action concern ownership of the Property. I have moved to dismiss the state court action.

4840-1440-2021.v1

2

5. I bring my federal lawsuit against Ms. Enciso because she has stolen my personal identification; has used my username and passwords and personal identification to illegally access my computers and my online accounts with numerous service providers; and has stolen numerous items from my Property totaling over $15,100.

6. Based on my review of my Airbnb, Inc. ("**Airbnb**") account, Ms. Enciso on or about August 21, 2020, without my authority, used my username and password to my work desktop computer to access my Airbnb account without permission and changed the settings so that it was no longer associated with me, completely changing all of the account information from my name to my date of birth. She even changed the checking account information from mine to hers. Ms. Enciso then created a new Airbnb account associated with the Property, to allow her to gain access to any and all proceeds being generated from my Airbnb rental. This was done fraudulently and without my permission:

 

7. I informed Airbnb about this issue. My attorney also informed Airbnb about this issue.

8. Also, on August 21, 2021, Ms. Enciso, without my authority, gained access to my

2

4840-1440-2021.v1

Facebook account and changed my status from "single" to "married":



9. Ms. Enciso also destroyed proprietary and confidential work information on my business laptop and changed the password to the laptop, forcing me to have to restore the laptop to factory settings and almost causing me to lose my career. This laptop was retrieved during a Civil Assist conducted on August 24, 2020. I had asked Ms. Enciso where the laptop was, and she insisted that I took it. Later during the assist, the police officer spotted the computer in the top right corner of the closet of the room in which Ms. Enciso was staying in at the time.

10. Also, during the August 24, 2020 Civil Assists and a February 2, 2021 Civil Assist, I determined some of my jewelry was missing, including my Apple Watch and my graduation ring, totaling approximately $700. In addition, I could not find my legal documents when I searched for them on February 2, 2021. I kept my legal documents in a cabinet in my home office. Ms. Enciso denied any knowledge about the location of these documents.

3

**Exhibit A to
Reply in Support of
Preliminary Injunction**

11. During the February 2 assist, I also discovered that Ms. Enciso had hidden my mail in a drawer underneath her belongings. Based on this activity, I have reason to believe that she has illegally taken other mail which has come to the Property over the past six months. I subscribe to the United States Postal Service's daily "Informed Delivery" emails, which emails provide me with pictures of my mail coming to the Property. I have record of all mail that came to the Property during the six months I was unable to access it. Ms. Enciso never arranged for me to get this mail, and the mail was not left for me at the Property when I took possession again on April 1, 2021.

12. On February 19, 2021, I filed my federal lawsuit and Motion for Temporary Restraining Order. Shortly after filing, Airbnb restricted my access and Ms. Enciso's access to the Airbnb platform.

13. On or about March 5, 2021, under the pending Motion for Temporary Restraining Order, Ms. Enciso used my stolen identification to try to regain access to Airbnb:

---------- Forwarded message ---------
From: **Airbnb** <automated@airbnb.com>
Date: Fri, Mar 5, 2021 at 10:17 AM
Subject: Important Information Regarding Your Airbnb Account
To: <jcass002@fiu.edu>

> Hi Jory,
>
> We wanted to let you know that your account has been suspended until further action is taken regarding your ID verifications. This conflicts with other information provided and therefore does not satisfy ID verification requirements for your Airbnb account. I have removed this ID from your account.
>
> Kindly upload another ID that matches your

4

4840-1440-2021.v1

account profile information.

Please complete these steps within 24 hours. If we don't hear from you in this timeframe, our system may automatically deactivate your account until you've completed the process. This would also cancel any upcoming reservations. In order to avoid deactivation or cancellations, please let us know if there is any way we can help you complete this process.

Account verification is an important tool for both hosts and guests, and Airbnb community members tell us that they appreciate having additional information as they decide who to host or stay with. For more information about the account verification process, visit www.airbnb.com/help/article/450.

Best wishes,

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

**From:** Airbnb <automated@airbnb.com>
**Date:** March 6, 2021 at 3:58:32 AM MST
**To:** jcass002@fiu.edu
**Subject: Important Information Regarding Your Airbnb Account**



Hi Jory,

Thanks for your prompt attention and patience regarding your account verification. Your account is now verified and all—if any—restrictions have been removed.

4840-1440-2021.v1

**Exhibit A to
Reply in Support of
Preliminary Injunction**

If you have any questions or concerns, let us know. We're here to help!

Respectfully,

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

14. My attorney informed Airbnb of this incident, and Airbnb's counsel informed us on March 5, 2021, that it placed a block on my account, such that the account could not be used by Ms. Enciso to make or accept reservations. Attached as **Attachment 2** is a true and correct copy of the Airbnb correspondence that my attorney forwarded to me.

15. I regained access to the Property on April 1, 2021. At this time, I noticed that the following items were stolen from my Property: my $10,000 Sleep Number Bed;  my $1,500 LG 60inch TV with TV mount; my $3,000 road bike; my $600 set of dumbbell weights and weight plates; my $300 luggage set; my $250 dog crates; my dog collars for walking and my dog training collars totaling $250; my $75 portable Bluetooth charger; and my $120 Ring doorbell security camera. I also confirmed that my Apple Watch and other jewelry were in fact missing from the Property. Here are pictures of the Property, where my bed and my TV used to be:




16. I have proof that I paid for these stolen items, and that these items were at the Property when I last had possession of the Property in August 2020.

17. In addition, I confirmed on my move back into the Property that Ms. Enciso had taken all my legal documents, including my Social Security Card, my passport, my immigration papers and my closing documents from the purchase of the Property.

18. My attorney informed Ms. Enciso's attorney immediately about these issues. I also reported this theft to the police. To date, Ms. Enciso has not returned any of these stolen items to me. This is extremely disturbing to me. I am concerned that Ms. Enciso may continue to use my personal identifying information to commit additional computer fraud and use my identity to run up my credit and cause me financial ruin. I am also concerned that she may illegally sell my information for a profit.

19. As I stated above, I kept these important documents in a particular cabinet. It appears Ms. Enciso pulled all these documents from the cabinet, rummaged through them, and left a few items behind on my home office desk.

20. The Property had also suffered major damage during my absence. The new stovetop, interior walls and perimeter fence were damaged, as was the roof to the Property's garage. Also, a downspout on the drainage for the Property had fallen off and was crushed. Here are some pictures of the damage:

4840-1440-2021.v1





8

4840-1440-2021.v1

 

21. Most recently, on April 10, 2021, Ms. Enciso, without my permission, illegally attempted to access my Ring account. Her attempt was blocked, and I was notified of the breach:

**From:** Jory Cass <jcass002@fiu.edu>
**Sent:** Monday, April 12, 2021 3:08 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Subject:** Fwd: Ring Device Setup Attempt Blocked

**EXTERNAL MESSAGE**

Looks like she stole this too by this email. Didn't realize because again theres so many little things missing. Either she sold it to someone and they tried to use it, or she is trying to use it for herself.

---------- Forwarded message ---------
From: <no-reply@myaccount.ring.com>
Date: Sat, Apr 10, 2021 at 7:46 PM
Subject: Ring Device Setup Attempt Blocked
To: <jcass002@fiu.edu>

Here's How to Change Device Ownership

9

4840-1440-2021.v1

**Exhibit A to
Reply in Support of
Preliminary Injunction**

# ring

Hi Jory,

We've recently blocked an attempt to set up your Ring device named **"Front Door"** which is currently linked to your Ring account. If you didn't give your device to someone, no further action is needed.

If you do want to change its ownership, you'll first need to remove the device from your Ring account before they set it up – here's how:

1. Open the Ring App and select the device you wish to remove.

2. Tap the **Device Settings** tile then General Settings.

4840-1440-2021.v1

**Exhibit A to
Reply in Support of
Preliminary Injunction**

3. Then tap **Remove This Device**. Once removed, your device's video recordings and Event History will also be removed.

We appreciate you choosing Ring to help protect your home!

The Ring Team



©2021 Ring LLC or its affiliates.
1523 26th Street, Santa Monica, CA 90404.

Ring and all related logos are trademarks of Ring LLC or its affiliates.

Privacy | Licenses | Support | Terms of Service

11

4840-1440-2021.v1

**Exhibit A to**
**Reply in Support of**
**Preliminary Injunction**

I affirm under penalty of perjury, that the foregoing is true and correct.

_____
Jory Cass

STATE OF COLORADO      )
                       ) SS:
COUNTY OF Denver       )

The foregoing Affidavit was acknowledged before me by Jory Cass remotely, on April 13, 2021 using audio video technology.

WITNESS my hand and seal this 13th day of April 2021.

_____          _____
Notary Public                             Printed Signature TAMARA HARRIS

My Commission Expires:

8/20/2021

```
TAMARA HARRIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094025340
MY COMMISSION EXPIRES 08/20/2021
```

12

4840-1440-2021.v1