**Harris, Tammy**

| | |
|---|---|
| **From:** | Edwards, Victoria |
| **Sent:** | Friday, March 5, 2021 9:11 PM |
| **To:** | Jory Cass |
| **Subject:** | Fwd: Important Information Regarding Your Airbnb Account |

▮▮▮▮▮▮▮▮▮▮▮▮

Victoria Edwards | Counsel |Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card | BIO

---

**From:** Hand-Bender, Tess <Tess.Hand-Bender@dgslaw.com>
**Sent:** Friday, March 5, 2021 4:51:21 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Important Information Regarding Your Airbnb Account

Victoria,

Thank you for the call yesterday and your letter.  We will provide a formal response on behalf of Airbnb, Inc. to the letter early next week.  In the meantime, Airbnb is placing a block on Mr. Cass's account, such that the account cannot be used to make or accept reservations.  This should ensure that no one will be able to use Mr. Cass's account for any purpose at this time.

Thank you,
Tess

---

**From:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Sent:** Friday, March 5, 2021 11:23 AM
**To:** Hand-Bender, Tess <Tess.Hand-Bender@dgslaw.com>
**Subject:** Fwd: Important Information Regarding Your Airbnb Account



Victoria Edwards | Counsel |Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card | BIO

---

**From:** Jory Cass <jcass002@fiu.edu>
**Sent:** Friday, March 5, 2021 10:32:36 AM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Subject:** Fwd: Important Information Regarding Your Airbnb Account

**EXTERNAL MESSAGE**

1
**Attachment 2**
**Jory Cass Affidavit**

---------- Forwarded message ---------
From: **Airbnb** <automated@airbnb.com>
Date: Fri, Mar 5, 2021 at 10:17 AM
Subject: Important Information Regarding Your Airbnb Account
To: <jcass002@fiu.edu>

Hi Jory,

We wanted to let you know that your account has been suspended until further action is taken regarding your ID verifications. This conflicts with other information provided and therefore does not satisfy ID verification requirements for your Airbnb account. I have removed this ID from your account.

Kindly upload another ID that matches your account profile information.

Please complete these steps within 24 hours. If we don't hear from you in this timeframe, our system may automatically deactivate your account until you've completed the process. This would also cancel any upcoming reservations. In order to avoid deactivation or cancellations, please let us know if there is any way we can help you complete this process.

Account verification is an important tool for both hosts and guests, and Airbnb community members tell us that they appreciate having additional information as they decide who to host or stay with. For more information about the account verification process, visit www.airbnb.com/help/article/450.

Best wishes,

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure,

**Attachment 2**
**Jory Cass Affidavit**

or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

3

**Attachment 2**
**Jory Cass Affidavit**

# Harris, Tammy

| | |
|---|---|
| **From:** | Edwards, Victoria |
| **Sent:** | Saturday, March 6, 2021 9:01 AM |
| **To:** | Jory Cass |
| **Subject:** | RE: Important Information Regarding Your Airbnb Account |

See if you can still pull up the listing.

**From:** Jory Cass <jcass002@fiu.edu>
**Sent:** Saturday, March 6, 2021 6:27 AM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Subject:** Fwd: Important Information Regarding Your Airbnb Account

**EXTERNAL MESSAGE**

Sent from my iPhone

Begin forwarded message:

> **From:** Airbnb <automated@airbnb.com>
> **Date:** March 6, 2021 at 3:58:32 AM MST
> **To:** jcass002@fiu.edu
> **Subject: Important Information Regarding Your Airbnb Account**



Hi Jory,

Thanks for your prompt attention and patience regarding your account verification. Your account is now verified and all—if any—restrictions have been removed.

If you have any questions or concerns, let us know. We're here to help!

Respectfully,

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103

1

**Attachment 2
Jory Cass Affidavit**