# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

## PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST AIRBNB, INC.

Please take notice that Plaintiff, Jory Cass ("**Plaintiff**"), by his counsel, Jackson Kelly, PLLC, hereby notifies the Court that Plaintiff has reached a settlement with Defendant, Airbnb, Inc. ("**Airbnb**"), resolving all claims against Airbnb. The parties are in the process of finalizing their settlement terms. The parties will file a Stipulated Dismissal and Proposed Order within fifteen days of the date of this Notice.

Respectfully submitted this 16th day of April 2021.

                                                */s/Victoria Edwards*
                                                Victoria Edwards, #39838
                                                Jackson Kelly, PLLC
                                                1099 18th Street, Suite 2150
                                                Denver, CO 80202
                                                Victoria.edwards@jacksonkelly.com
                                                *ATTORNEY FOR PLAINTIFF*

4831-1181-0278.v1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202

*Attorneys for Defendant Airbnb, Inc.*

                                                                                     */s/ Tammy Harris*
                                                                                     Tammy Harris