| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>In re the Marriage of:<br><br>Petitioner: EVELYN B. ENCISO<br><br>and<br><br>Respondent: JORY D. CASS | <br><br><br><br><br><br><br><br><br>▲  **COURT USE ONLY**  ▲ |
| Attorney for Petitioner:<br>Maha Kamal, #47757<br>Colorado Family Law Project<br>1627 Vine Street<br>Denver, CO 80206<br>Phone Number: (720) 224-3010<br>Fax: (720) 358-6003<br>E-mail: maha@coloradofamilylawproject.com<br><br>Attorneys for Respondent:<br>Kelley Rider Goodwin, #41578<br>Gayle Moser, #41436<br>The Rider Goodwin Law Offices, LLC<br>Mailing Address:<br>700 N. Colorado Blvd. #295, Denver, CO 80206<br>Physical Address:<br>950 S. Cherry Street, Suite 500, Denver, CO 80246<br>Phone Number: (303) 728-4271<br>E-mail: gayle@ridergoodwinlaw.com | Case Number:  2020DR1173<br><br>Division: 8 |
| **JOINT MOTION TO DISMISS PETITION FOR DISSOLUTION OF MARRIAGE** | |

**COMES NOW**, Petitioner, Evelyn B. Enciso, by and through her attorney, Maha Kamal of Colorado Family Law Project, and Respondent, Jory D. Cass, by and through his attorney, Gayle J. Moser of The Rider Goodwin Law Offices, LLC, and hereby request that the Court dismiss this case for the following reasons:

1. The Petitioner and Respondent hereby acknowledge and state that they are not married to one another under any statutory or common law.

2. The Petitioner and Respondent request the Petition for Dissolution and this case be dismissed with prejudice.

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**EXHIBIT 2**
**Amended Complaint**

3. The Petitioner and Respondent understand that this case will be dismissed and that no further action will be taken by this Court.

4. Neither party waives the right to seek other legal remedies outside of a domestic relations court.

5. A hearing on the issue of common law marriage is currently set for December 16, 2020 at 1:00 p.m. The Petitioner and Respondent request that the hearing set for December 16, 2020 be vacated.

**WHEREFORE, the Petitioner and Respondent respectfully request that this case be dismissed with prejudice.**

Respectfully submitted this _____ day of December 2020.

_____
Maha Kamal, #47757
Attorney for Petitioner

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _____ day of _____, _____, at _____
　　　　　　　　　　(date)　　　　　(month)　　　　(year)　　(city or other location, and state)

__Evelyn Enciso__　　　　　　　　_____
(printed name of Petitioner)　　　　　*Signature of Petitioner

_____
Maha Kamal, #47757
Attorney for Petitioner

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**EXHIBIT 2**
**Amended Complaint**

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the __2nd__ day of ____December____, __2020__, at __Westminster, CO__
                   (date)             (month)       (year)   (city or other location, and state)

_____Jory Cass_____                _____[signature]_____
(printed name of Respondent)             *Signature of Respondent


*/s/ Gayle J. Moser*
Gayle J. Moser, #41436
Attorney for Respondent

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**EXHIBIT 2**
**Amended Complaint**

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of the **Joint Motion to Dismiss Petition for Dissolution of Marriage** was served on the other party by:
☐Hand Delivery ☒E-filed ☐Faxed to this number _____ or
☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

Gayle J. Moser, Esq.
Attorney for Respondent
950 S. Cherry Street, Suite 500
Denver, CO 80246

                                               Maha Kamal #47757

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**EXHIBIT 2**
**Amended Complaint**