# Modern Mother in Law suite! Near Red Rocks.

★ 4.86 (21)  •  🎖 Superhost  •  Arvada, Colorado, United States                                  ⬆ Share   ♡ Save





Show all photos

Entire guest suite hosted by Evelyn

3 guests · 2 bedrooms · 2 beds · 1 bath



**EXHIBIT 3**
**Amended Complaint**

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 2 of 14

2/19/2021 | Modern Mother in Law suite! Near Red Rocks. - Guest suites for Rent in Arvada, Colorado, United States

 **Entire home**
You'll have the guest suite to yourself.

 **Enhanced Clean**
This host committed to Airbnb's 5-step enhanced cleaning process. Learn more

 **Self check-in**
Check yourself in with the keypad.

 **Free cancellation until 3:00 PM on May 11**
After that, cancel before 3:00 PM on May 12 and get a full refund, minus the first night and service fee. Get details

**House rules**
The host doesn't allow pets, parties, or smoking. Get details



$99 / night   ★ 4.86 (21)

CHECK-IN: 5/12/2021
CHECKOUT: 5/14/2021

GUESTS: 1 guest

**Reserve**

You won't be charged yet

$99 x 2 nights — $198
Cleaning fee — $30
Service fee — $32
Occupancy taxes and fees — $24

**Total** — **$284**

 Report this listing

Welcome to Denver!
Enjoy your private suite located in a quiet friendly neighborhood with access to literally everything you can thing of, restaurants and grocery stores only 5 minutes away, multiple hiking and biking trails near by.
The mother in law suite it is actually bigger than the pictures, includes a comfortable queen bed and a double single bed, 60 inch smart TV(Netflix), full access to the backyard and your own parking spot.

**The space**
Walk in closet
Office space, desk and Wifi included.
Breakfast provided, discuss pricing and options when booking.

**EXHIBIT 3**
**Amended Complaint**

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 3 of 14

### Guest access

The suite is located on the basement of the house.
You park on the gravel on the left side of the house (facing it).
The entrance it is located right in front of your parking space, (wooden gate),
once you are in you will see the Keypad Lock to access to "the house";
once you are in, you may go down the stairs and you will find another Keypad
lock, that means you made it! :)
Welcome to Colorado.
I will provide the codes once you check-in.

### Other things to note

The suite is 420 Friendly, no Tabacco.

Contact host

## Sleeping arrangements



**Bedroom 1**
1 queen bed



**Bedroom 2**
1 single bed

## Amenities

**EXHIBIT 3**
**Amended Complaint**

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 4 of 14

2/19/2021                                Modern Mother in Law suite! Near Red Rocks. - Guest suites for Rent in Arvada, Colorado, United States

| | |
|---|---|
| Free parking on premises | Ⓟ |
| Washer | 🚫 |
| Dryer | 🚫 |
| Kitchen | 🍴 |
| Wifi | 📶 |
| Indoor fireplace | 🔥 |
| TV | 📺 |
| Free street parking | Ⓟ |
| Heating | 🌡 |
| Smoke alarm | ⊙ |

**Show all 40 amenities**

---

# 2 nights in Arvada

May 12, 2021 - May 14, 2021

‹

| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr |

**EXHIBIT 3**
**Amended Complaint**

|  | May 2021 |  |  |  |  |  |  | June 2021 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |  | 1 | 2 | 3 | 4 |  |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 |

Clear da

★ 4.86 (21 reviews)

| Cleanliness | 5.0 |
| Accuracy | 4.6 |
| Communication | 4.9 |
| Location | 4.9 |
| Check-in | 4.8 |
| Value | 4.9 |



**Lisabel**
February 2021

**EXHIBIT 3**
**Amended Complaint**

The house was amazing no issues with it at all. Our host were amazing and where there for us whenever we needed them


**Darryl**
February 2021

The stay was great, clean and tidy! The only downfall was the TV had no signal so we could only watch NETFLIX! But other then that the stay was great and right in the middle of everything! We will be back


**Nick**
February 2021

Nice spot. Enjoyed my stay and felt very welcome. Was traveling for work and it was excellent for that.


**Colton**
January 2021

A couple friends and I had a great time at this place! A lot bigger than the pictures looked. It was really quiet, peaceful, clean and comfortable. Would recommend to anyone. Great value


**Tammy**
January 2021

Space is super cute and perfectly sized. Evelyn is a great and responsive host!


**Amanda**
January 2021

Clean. The host was a man that lived upstairs. He was nice but we were very skeptical at first because the host was supposed to be a woman. Overall, everything turned out fine.

**EXHIBIT 3**
**Amended Complaint**

Show all 21 reviews

## Location



Arvada, Colorado, United States

The neighborhood is lovely, quiet and everyone is very friendly, fell free to say hi and introduce yourself and ask for advice if needed.

More about the location

## Hosted by Evelyn

Joined in June 2019



**EXHIBIT 3**
**Amended Complaint**

2/19/2021 Modern Mother in Law suite! Near Red Rocks. - Guest suites for Rent in Arvada, Colorado, United States

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 8 of 14

⭐ 25 Reviews

🛡 Identity verified

🎖 Superhost

Hi, My name is Evelyn, I was born and raised in Perú

## During your stay

I am here to help when needed.

## Evelyn is a Superhost

Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

Languages: English, Español

Response rate: 88%

Response time: within an hour

[Contact host]

To protect your payment, never transfer money or communicate outside of the Airbnb website or app. 

---

## Things to know

### House rules

🕒 Check-in: 3:00 PM - 11:00 PM

🕒 Checkout: 11:00 AM

**EXHIBIT 3**
**Amended Complaint**

- Self check-in with keypad
- No smoking
- No pets
- No parties or events

**Show all** >
### Health & safety

- Committed to Airbnb's enhanced cleaning process. **Learn more**
- Airbnb's social-distancing and other COVID-19-related guidelines apply
- Carbon monoxide alarm
- Smoke alarm

**Show all** >
### Cancellation policy

Free cancellation until 3:00 PM on May 11

After that, cancel before 3:00 PM on May 12 and get a full refund, minus the first night and service fee.

**More details** >

## More places to stay

1 / 3




**EXHIBIT 3
Amended Complaint**


⭐ 4.65 (69)
Hotel room · 2 beds
Winter w/ Style & Access ★★★...
**$182** / night


⭐ 4.98 (250)
Entire guest suite · 1 bed
Explore Artsy RiNo from a Soot...
**$105** / night


⭐ 4.71 (63)
Hotel room · 1 bed
Private Room w/Private Bath an...
**$153** / night


⭐ 4.84 (362)
Entire guesthouse · 2 beds
Modern Historic Carriage Hou...
**$149** / night

## Things to do nearby     1 / 4


⭐ 4.97 (154)
GLACIER HIKE & GEOTHERMAL CAV...
**From $189** / person


⭐ 4.98 (98)
A Luxurious Feast Atop Gregory...
**From $69** / person


⭐ 4.94 (682)
Hiking in the Rockies - Year Round
**From $59** / person


⭐ 4.96 (24)
Become a Victorian Lady
**From $145** / person


⭐ 4.96 (139)
Scenic Sunrise hike through Red Rocks
**From $39** / person


⭐ 4.92 (24)
Hiking, tacos and reggae
**From $42** / person

## Explore other options in and around Arvada

More places to stay in Arvada:

Apartments · Houses · Bed and breakfasts · Lofts · Villas

**EXHIBIT 3**
**Amended Complaint**

| | |
|---|---|
| Colorado Springs | Nederland |
| Breckenridge | Vail |
| Boulder | Estes Park |
| Aurora | Downtown Denver |
| Fort Collins | Winter Park |
| Keystone | Golden |

**ABOUT**

How Airbnb works

Newsroom

Investors

Airbnb Plus

Airbnb Luxe

HotelTonight

Airbnb for Work

Olympics

Careers

**COMMUNITY**

Diversity & Belonging

Against Discrimination

**EXHIBIT 3**
**Amended Complaint**

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 12 of 14

2/19/2021                                                           Modern Mother in Law suite! Near Red Rocks. - Guest suites for Rent in Arvada, Colorado, United States

Accessibility

Airbnb Associates

Frontline Stays

Invite friends

Gift cards

Airbnb.org

**HOST**

Host your home

Host an Online Experience

Host an Experience

Responsible hosting

Refer hosts

Resource Center

Community Center

**SUPPORT**

Our COVID-19 Response

Help Center

Cancellation options

Neighborhood Support

Trust & Safety

**EXHIBIT 3**
**Amended Complaint**

2/19/2021, Modern Mother in Law suite! Near Red Rocks. - Guest suites for Rent in Arvada, Colorado, United States

Case No. 1:21-cv-00498-RM-KLM   Document 31-3   filed 04/16/21   USDC Colorado   pg 13 of 14

English (US)   $ USD

© 2021 Airbnb, Inc. All rights reserved

Privacy · Terms · Sitemap

**EXHIBIT 3**
**Amended Complaint**



**EXHIBIT 3**
**Amended Complaint**