Case No. 1:21-cv-00498-RM-KLM   Document 31-4   filed 04/16/21   USDC Colorado   pg 1 of 11

# Hi, I'm Evelyn
Joined in 2019



Superhost

25 reviews

Identity verified

## About

Hi,
My name is Evelyn, I was born and raised in Perú

🏠 Lives in Denver, CO

💬 Speaks English, Español

🧳 Work: Self employed

## Evelyn confirmed

✔ Identity                         ✔ Email address

✔ Phone number

**EXHIBIT 4**
**Amended Complaint**

Case No. 1:21-cv-00498-RM-KLM   Document 31-4   filed 04/16/21   USDC Colorado   pg 2 of 11

**Learn more** about how confirming account info helps keep the Airbnb community secure.

## Evelyn's listing



⭐ 4.86 (21)

Entire home/apt · Guest suite
Modern Mother in Law suite! Near Red R...

⭐ 25 reviews

**February 2021**

The house was amazing no issues with it at all. Our host were amazing and where there for us whenever we needed them



**Lisabel, San Antonio, TX**
Joined in 2019

**February 2021**

EXHIBIT 4
Amended Complaint

The stay was great, clean and tidy! The only downfall was the TV had no signal so we could only watch NETFLIX! But other then that the stay was great and right in the middle of everything! We will be back



**Darryl, Atlanta, GA**

Joined in 2017

February 2021

Nice spot. Enjoyed my stay and felt very welcome. Was traveling for work and it was excellent for that.



**Nick, Louisville, KY**

Joined in 2015

January 2021

A couple friends and I had a great time at this place! A lot bigger than the pictures looked. It was really quiet, peaceful, clean and comfortable. Would recommend to anyone. Great value



**Colton, Anoka, MN**

Joined in 2018

January 2021

Space is super cute and perfectly sized. Evelyn is a great and responsive host!



**Tammy, Dallas, TX**

Joined in 2018

January 2021

Clean. The host was a man that lived upstairs. He was nice but we were very skeptical at first because the host was supposed to be a woman. Overall, everything turned out fine.



**Amanda, Philadelphia, PA**

Joined in 2018

January 2021

Great place and great hosts



**Stephan, Atlanta, GA**

Joined in 2017

December 2020

Very comfortable and clean! the place is very calm and good for those who want to relax a lot.



**Yago, New York, United States**

Joined in 2020

December 2020

Extremely clean place. Very comfortable accommodations.



**Stephanie, Corpus Christi, TX**

Joined in 2020

**EXHIBIT 4**
**Amended Complaint**

December 2020

Enjoyed staying here! Loved the location hopefully will be back soon!



**Alexia, Junction City, KS**

Joined in 2018

December 2020

Evelyn 's place was nice , very local & spacious .



**Monique, Houston, TX**

Joined in 2018

November 2020

Amazing place!



**Jesseca, Des Moines, IA**

Joined in 2020

November 2020

A wonderful little spot in a great location. Very clean with a friendly host!



**Mattie, Mount Holly, NC**

Joined in 2018

November 2020

Great place



**Matthew, Indianapolis, IN**

Joined in 2018

November 2020

Great neighborhood and very clean and spacious basement. Only about 20-30 mins to get into the main downtown area of Denver. Lots of cool places to eat around the AirBnB and the host is very… **read more**



**Konrad, Annapolis, MD**

Joined in 2020

October 2020

Evelyn is one of the kindest people I've ever met. As she is, her home is also warm and welcoming. One of my best airbnb experiences. I highly recommend staying here. The room is well appointed,… **read more**



**Matthew, Indianapolis, IN**

Joined in 2018

October 2020

Very nice place to stay. The room is clean and stylist. A lot of space and amenities. It's very private downstair unit. You didn't have to share the common area. You can sometimes hear the noise from… **read more**



**Jill, San Diego, CA**

Joined in 2017

**EXHIBIT 4
Amended Complaint**

October 2020

Great listing. Evelyn is very kind and accommodating.



**Tommy, Libertyville, IL**

Joined in 2015

October 2020

Great place to stay and the kitchen was a must privacy was nice.



**Cristian, Milton-Freewater, OR**

Joined in 2020

October 2020

Evelyn is SO nice, the house is sparkling clean and the bed is insanely comfy. This was a last minute booking and I have no regrets!!



**Katherine, Abilene, TX**

Joined in 2019

October 2020

Such a cute space! Communication was out of this world!



**Ariadna, Houston, TX**

Joined in 2018

October 2020

Evelyn was a great host. The space was comfortable and relaxing. Plenty of places to hike and the neighborhood was nice and walkable.



**Dawn, Philadelphia, PA**

Joined in 2019

October 2020

Needed a place to sleep for the night at an affordable price not too far from Denver Airport. This worked out perfect. She was very accommodating. The space was clean with a comfortable bed. Nice… read more



**Albert, Garland, TX**

Joined in 2015

October 2020

Loved this sparking clean, rather large mother-in-law suite. The mattresses were so comfortable too I didn't want to wake up ;)



**Megan, Washington, DC**

Joined in 2016

October 2020

This was a last minute booking and I'm glad that the host accepted my request in a short period of time. The host keeps a great communication with you. The basement space was perfect for my bf and I… read more



**Gladis, St. Louis, MO**

**EXHIBIT 4**
**Amended Complaint**



Joined in 2016

[Report this profile](#)

## ABOUT

How Airbnb works

Newsroom

Investors

Airbnb Plus

Airbnb Luxe

HotelTonight

Airbnb for Work

Olympics

Careers

## COMMUNITY

Diversity & Belonging

Against Discrimination

Accessibility

Airbnb Associates

Frontline Stays

Invite friends

Gift cards

Airbnb.org

**HOST**

Host your home

Host an Online Experience

Host an Experience

Responsible hosting

Refer hosts

Resource Center

Community Center

**SUPPORT**

Our COVID-19 Response

Help Center

Cancellation options

Neighborhood Support

Trust & Safety

English (US)    $ USD

© 2021 Airbnb, Inc. All rights reserved

Privacy  ·  Terms  ·  Sitemap