**Harris, Tammy**

| | |
|---|---|
| **From:** | Jory Cass <jcass002@fiu.edu> |
| **Sent:** | Monday, April 12, 2021 3:08 PM |
| **To:** | Edwards, Victoria |
| **Subject:** | Fwd: Ring Device Setup Attempt Blocked |

**EXTERNAL MESSAGE**

Looks like she stole this too by this email. Didn't realize because again theres so many little things missing. Either she sold it to someone and they tried to use it, or she is trying to use it for herself.

---------- Forwarded message ---------
From: <no-reply@myaccount.ring.com>
Date: Sat, Apr 10, 2021 at 7:46 PM
Subject: Ring Device Setup Attempt Blocked
To: <jcass002@fiu.edu>



Hi Jory,

We've recently blocked an attempt to set up your Ring device named **"Front Door"** which is currently linked to your Ring account. If you didn't give your device to someone, no further action is needed.

**EXHIBIT 6**
**Amended Complaint**

If you do want to change its ownership, you'll first need to remove the device from your Ring account before they set it up – here's how:

1. Open the Ring App and select the device you wish to remove.

2. Tap the **Device Settings** tile then General Settings.

3. Then tap **Remove This Device**. Once removed, your device's video recordings and Event History will also be removed.

We appreciate you choosing Ring to help protect your home!

The Ring Team



EXHIBIT 6
Amended Complaint

©2021 Ring LLC or its affiliates.
1523 26th Street, Santa Monica, CA 90404.

Ring and all related logos are trademarks of
Ring LLC or its affiliates.

Privacy | Licenses | Support | Terms of Service

EXHIBIT 6
Amended Complaint