IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO, and
AIRBNB INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [#30] indicating that Plaintiff and Defendant Airbnb, Inc. **only** have reached a settled as to all claims between them.

    IT IS HEREBY **ORDERED** that Plaintiff and Defendant Airbnb, Inc. shall file dismissal papers **no later than May 3, 2021**.

    Dated:  April 19, 2021