# Harris, Tammy

| | |
|---|---|
| **From:** | Zac Graupmann <Zac@jmvpclaw.com> |
| **Sent:** | Monday, April 19, 2021 2:51 PM |
| **To:** | Edwards, Victoria |
| **Cc:** | Jeff Villanueva |
| **Subject:** | RE: Cass v. Enciso |

Our objection of futility stands.

Zachary M. Graupmann
1755 Blake Street, Suite 225
Denver, Colorado 80202
303-295-7525
Facsimile:303-295-7511

This is a transmission from the law firm of Jeffrey M. Villanueva, P.C., and may contain information which is privileged, confidential and/or protected by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 et seq., and the state and federal attorney-client privilege or attorney work product privileges.  If you are not the addressee and/or intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please destroy it and its attachments without reading or saving in any manner.  Please notify us immediately at our telephone number (303) 295-7525.  Thank you.

**From:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Sent:** Monday, April 19, 2021 2:46 PM
**To:** Zac Graupmann <Zac@jmvpclaw.com>
**Cc:** Jeff Villanueva <jeff@jmvpclaw.com>
**Subject:** RE: Cass v. Enciso

Okay, that's a basis to dispute the case being filed, which I presume would be made by you in a motion to dismiss.  But the case has already been filed.  What is your objection to the amendment, which would typically be prejudice or timeliness?

**Victoria Edwards** | Counsel |Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card  | BIO

JACKSONKELLY PLLC

Colorado   West Virginia   Kentucky   Pennsylvania   Indiana   Ohio   Washington, D.C.

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Zac Graupmann <Zac@jmvpclaw.com>
**Sent:** Monday, April 19, 2021 2:38 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Cc:** Jeff Villanueva <jeff@jmvpclaw.com>
**Subject:** RE: Cass v. Enciso

**EXTERNAL MESSAGE**

Ms. Edwards,

We object to the amendment because the claims in the federal complaint are counterclaims that need to be brought in the state court action, rendering the amendment to the federal complaint futile.

Best,

Zachary M. Graupmann
1755 Blake Street, Suite 225
Denver, Colorado 80202
303-295-7525
Facsimile:303-295-7511

This is a transmission from the law firm of Jeffrey M. Villanueva, P.C., and may contain information which is privileged, confidential and/or protected by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 et seq., and the state and federal attorney-client privilege or attorney work product privileges.  If you are not the addressee and/or intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please destroy it and its attachments without reading or saving in any manner.  Please notify us immediately at our telephone number (303) 295-7525.  Thank you.

**From:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Sent:** Monday, April 19, 2021 2:12 PM
**To:** Zac Graupmann <Zac@jmvpclaw.com>
**Cc:** Harris, Tammy <tammy.harris@jacksonkelly.com>
**Subject:** Cass v. Enciso

Per federal rules, Mr. Cass needs to either obtain consent from Ms. Enciso or seek leave of court to amend his federal complaint. Please confirm your client's position. If she opposes, please provide a basis for the opposition.

Victoria

**Victoria Edwards** | Counsel |Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card  | BIO

**JACKSONKELLY**PLLC

Colorado   West Virginia   Kentucky   Pennsylvania   Indiana   Ohio   Washington, D.C.

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.
3
**Exhibit 3**
**Motion to Amend**