# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso and Airbnb, Inc.,**

    Defendants.

---

## STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT AIRBNB, INC. WITH PREJUDICE

---

Pursuant to Rule 41(a) and the Settlement Agreement between Plaintiff and Defendant Airbnb, Inc., Plaintiff, by his counsel, and Defendant Airbnb, Inc., by its counsel, jointly move for the dismissal of all claims asserted against Airbnb, Inc. in this lawsuit, with prejudice, with Plaintiff and Airbnb, Inc. to bear their own fees and costs.

Respectfully submitted this 23rd day of April 2021.

| | |
|---|---|
| */s/Victoria Edwards* | */s/Jacqueline V. Roeder* |
| Victoria Edwards, #39838 | Jacqueline V. Roeder |
| Jackson Kelly, PLLC | Tess Hand-Bender |
| 1099 18th Street, Suite 2150 | Davis Graham & Stubbs LLP |
| Denver, CO 80202 | 1550 17th St., Suite 500 |
| Victoria.edwards@jacksonkelly.com | Denver, CO 80202 |
| ATTORNEY FOR PLAINTIFF | Jackie.roeder@dgslaw.com |
| | Tess.hand-bender@dgslaw.com |
| | *Attorneys for Defendant, Airbnb, Inc.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202

*Attorneys for Defendant Airbnb, Inc.*

                                                                     */s/ Tammy Harris*
                                                                     Tammy Harris