# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLORADO

Civil Action No.: 1:21-CV-00498-RM

**JORY CASS**
    Plaintiff,

v.

**EVELYN ENCISO and AIRBNB, INC.**
    Defendants.

---

**OPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT EVELYN ENCISON MAY RESPOND TO COMPLAINT**

---

Defendant Evelyn Enciso ("Enciso"), by and through her undersigned counsel, respectfully requests an extension until fourteen (14) days after this Court either grants or denies Plaintiff's Motion to Amend the Verified Complaint for Damages and Injunctive Relief Under F.R.C.P. 15 to respond to the Complaint. In support of this Motion, Defendant Enciso states as follows:

1.    Undersigned counsel certifies, pursuant to D.C.COLO.LCivR 7.1(a), that they have contacted Plaintiff's counsel to determine whether the parties could stipulate to an extension, as allowed pursuant to D.C.COLO.LCivR 6.1. Plaintiff's counsel stated "we cannot agree to your request."

2.    A response to the Plaintiff's Complaint is otherwise due on April 25, 2021 with respect to Enciso. Defendant Enciso requests an extension until fourteen (14) days after this Court either grants or denies Plaintiff's Motion to Amend the Verified Complaint for

Damages and Injunctive Relief Under F.R.C.P. 15, within which to file their response to Mr. Jory Cass's Complaint.

3. Plaintiff's Motion and this Court's determination regarding the Motion may render the operative Complaint to which a response is due on April 25, 2021 moot. Undersigned counsel seeks to avoid wasting time and resources by responding to a Complaint that may be superseded.

4. This Court has previously granted one (1) extension to former co-defendant Airbnb, Inc. in this case.

5. No prejudice will inure to any party or to this Court by granting the extension.

6. Undersigned counsel certifies this Motion shall be served contemporaneously on Defendants by undersigned counsel.

Dated at Denver, Colorado, this 23rd day of April, 2021.

Respectfully submitted,

*s/Zachary M. Graupmann*
Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
Telephone: 303-295-7525
E-mail: jeff@jmvpclaw.com
zac@jmvpclaw.com
**ATTORNEYS FOR DEFENDANT EVELYN ENCISO**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the document to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Victoria E. Edwards
Jackson Kelly, PLLC
1099 Eighteenth Street, Suite 2150
Denver, Colorado 80202
E-mail: victoria.edwards@jacksonkelly.com
*Attorney for Jory Cass*

Jacqueline V. Roeder
Tess Hand-Bender
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
E-mail: Jackie.Roeder@dgslaw.com
         Tess.Hand-Bender@dgslaw.com
*Attorneys for Airbnb, Inc.*

                                          s/Zachary M. Graupmann
                                      Zachary M. Graupmann
                                      jeff@jmvpclaw.com
                                      zac@jmvpclaw.com
                                      JEFFREY M. VILLANUEVA, P.C.
                                      1755 Blake Street, Suite 225
                                      Denver, Colorado 80202
                                      Telephone: 303-295-7525
                                      Facsimile:  303-295-7511