## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:21-CV-00498-RM-KLM**

**Jory Cass,**

    Plaintiff.

vs.

**Evelyn Enciso,**

    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT EVELYN ENCISO'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Comes now Plaintiff, Jory Cass ("**Plaintiff**"), by and through his attorneys, Jackson Kelly, PLLC, and hereby submits his Response to Defendant Evelyn Enciso's ("**Defendant**") Opposed Motion for Extension of Time to Respond to Complaint ("**Motion**").

### I.    ARGUMENT

Defendant's request to the Court for an extension of time to file her response to the Complaint is not made in good faith and should be denied. The Motion does not provide sufficient grounds for the request and does not fully explain the basis for Plaintiff's opposition.

On February 19, 2021, Plaintiff filed the Complaint against Defendant Enciso and former defendant Airbnb, Inc. ("**Airbnb**"). On February 24, 2021, Defendant Enciso waived service of the Complaint, making her deadline to respond to the Complaint April 25, 2021 (April 26 when that date is rolled forward to Monday). Thus, Defendant has had almost <u>two months</u> to respond to the Complaint. There is no explanation in the Motion as to why Defendant needs more time to

respond. Moreover, Defendant's open-ended request for an extension, if granted, will potentially extend her time to respond by another forty-two days. Without further explanation, this request is overreaching and stands to improperly delay resolution of this case.

Defendant's request is particularly disturbing here because the request comes after Defendant refused to consent to Plaintiff's request to amend the complaint. *See* Plaintiff's Motion to Amend Verified Complaint for Damages and Injunctive Relief Under F.R.C.P. 15 ("**Motion to Amend**") (Doc. No. 34). On April 19, 2021, Plaintiff's counsel conferred with Defendant's counsel concerning Plaintiff's request to amend the Complaint to add allegations concerning new improper activity on the part of Defendant Enciso, and to remove Airbnb from the Complaint. Defendant's counsel refused to consent to amendment, citing "futility" as the basis for objection. Certainly, Defendant's counsel knew on April 19, 2021, whether or not an extension of time was needed to respond to the Complaint.

Rather than flatly oppose Plaintiff's request to amend the Complaint, Defendant's counsel could have worked with Plaintiff's counsel at this time, agreeing to the request to amend, contingent on an extension of Defendant's time to respond to the Complaint, as amended. Instead, he flatly denied the request, and two days later requested an extension from Plaintiff to respond to the Complaint. Defendant requests from the Court an open-ended extension of time to respond because "counsel seeks to avoid wasting time and resources by responding to a Complaint that may be superseded." Mot. ¶ 3. Defendant's counsel could have avoided wasting time and resources by consenting to an amendment to the Complaint, with additional time to respond. Defendant's failure to properly confer with Plaintiff is thus additional grounds to deny the Motion.

Lastly, it must be noted that Plaintiff's objection to the Motion is not properly detailed in the Motion. Defendant's counsel stated in the Motion that he "contacted Plaintiff's counsel to

2

determine whether the parties could stipulate to an extension, as allowed pursuant to D.C.COLO.LCivR 6.1" and that "Plaintiff's counsel stated, "we cannot agree to your request." Plaintiff's counsel's full objection was as follows:

> Due to the fact that you have opposed our amended complaint, we cannot agree to your request as we will need to understand the basis for that objection as soon as possible, to determine if amendment to the motion to amend or proposed revised complaint is needed.

Attached as **Exhibit 1** is a true and correct copy of this communication. Unlike Defendant's conferral on the Motion to Amend, Plaintiff's counsel's objection was focused on managing this litigation in the most efficient manner.

Requiring Defendant to respond to Plaintiff's Complaint by the original deadline of April 25, after Defendant strenuously opposed amendment to the Complaint, will ensure that this matter is resolved in the most efficient manner by providing Plaintiff and this Court with insight into potential deficiencies of the Complaint. With this insight, the Court can more easily rule on the Motion to Amend, and Plaintiff can determine whether any amendments to the Complaint must occur before the Court rules on the motion.

On the other hand, Plaintiff stands to be severely prejudiced if Defendant is not required to respond to the Complaint for at least another month and a half. Plaintiff has sought injunctive relief and is awaiting an injunction hearing. This request stands to further delay that hearing, while Plaintiff's Social Security Card, passport and citizenship documents still remain in Defendant's possession. Plaintiff's identity is more at risk of being stolen with each passing day that this matter is delayed.

The Motion should thus be denied because it is without grounds and improperly seeks to delay the case at the expense of Plaintiff's rights.

## II.    CONCLUSION

WHEREFORE, Plaintiff Jory Cass respectfully requests the Court deny the Motion, and award any other further relief as it deems appropriate.

Respectfully submitted this 23rd day of April 2021.

> */s/Victoria Edwards*
> Victoria Edwards, #39838
> Jackson Kelly, PLLC
> 1099 18th Street, Suite 2150
> Denver, CO 80202
> Victoria.edwards@jacksonkelly.com
> *ATTORNEY FOR PLAINTIFF*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on the following parties:

Jeffrey M. Villanueva
Zachary M. Graupmann
Jeffrey M. Villanueva, P.C.
1755 Blake Street, Suite 225
Denver, Colorado 80202
jeff@jmvpclaw.com
zac@jmvpclaw.com

*Attorneys for Defendant Evelyn Enciso*

                                                        */s/ Tammy Harris*
                                                        Tammy Harris