**Harris, Tammy**

| | |
|---|---|
| **From:** | Edwards, Victoria |
| **Sent:** | Thursday, April 22, 2021 1:10 PM |
| **To:** | Zac Graupmann |
| **Cc:** | Jeff Villanueva; Harris, Tammy |
| **Subject:** | RE: Cass v. Enciso - Conferral - Extension of Time to File Answer in Federal Court |

Mr. Graupmann,

Due to the fact that you have opposed our amended complaint, we cannot agree to your request as we will need to understand the basis for that objection as soon as possible, to determine if amendment to the motion to amend or proposed revised complaint is needed.

Victoria

**Victoria Edwards** | Counsel | Jackson Kelly PLLC
1099 18th Street , Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com  |  V-card  |  BIO

JACKSONKELLY PLLC

Colorado   West Virginia   Kentucky   Pennsylvania   Indiana   Ohio   Washington, D.C.

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Zac Graupmann <Zac@jmvpclaw.com>
**Sent:** Thursday, April 22, 2021 12:00 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Cc:** Jeff Villanueva <jeff@jmvpclaw.com>
**Subject:** RE: Cass v. Enciso - Conferral - Extension of Time to File Answer in Federal Court

**EXTERNAL MESSAGE**

Please advise.  The extension we propose is 14 days to file an answer after the court makes a determination on the pending motion.

Best,

Zachary M. Graupmann
1755 Blake Street, Suite 225
Denver, Colorado 80202
303-295-7525
Facsimile:303-295-7511

**Exhibit 1**
**Response to Motion for**
**Extension of Time to Respond**

This is a transmission from the law firm of Jeffrey M. Villanueva, P.C., and may contain information which is privileged, confidential and/or protected by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 et seq., and the state and federal attorney-client privilege or attorney work product privileges.  If you are not the addressee and/or intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please destroy it and its attachments without reading or saving in any manner.  Please notify us immediately at our telephone number (303) 295-7525.  Thank you.

---

**From:** Zac Graupmann
**Sent:** Wednesday, April 21, 2021 4:21 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Cc:** Jeff Villanueva <jeff@jmvpclaw.com>
**Subject:** Cass v. Enciso - Conferral - Extension of Time to File Answer in Federal Court

Ms. Edwards,

As it stands, an answer is due by April 25th in the federal court case.  It does not make sense to file an answer to a complaint while there is now a motion pending to amend the complaint.  We propose an extension until the court renders a decision on this motion.

Do you oppose such an extension?

Best,

Zachary M. Graupmann
1755 Blake Street, Suite 225
Denver, Colorado 80202
303-295-7525
Facsimile:303-295-7511

This is a transmission from the law firm of Jeffrey M. Villanueva, P.C., and may contain information which is privileged, confidential and/or protected by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 et seq., and the state and federal attorney-client privilege or attorney work product privileges.  If you are not the addressee and/or intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please destroy it and its attachments without reading or saving in any manner.  Please notify us immediately at our telephone number (303) 295-7525.  Thank you.

2

**Exhibit 1
Response to Motion for
Extension of Time to Respond**