Zac Graupmann

| | |
|---|---|
| **From:** | Edwards, Victoria <victoria.edwards@jacksonkelly.com> |
| **Sent:** | Friday, February 12, 2021 9:31 PM |
| **To:** | Zac Graupmann |
| **Cc:** | Jeff Villanueva |
| **Subject:** | RE: Follow-up; CRE 408 Communication |

Mr. Graupmann,

Thank you for the confirmation on the move out date.

Victoria

**Victoria Edwards** | Counsel | Jackson Kelly PLLC
1099 18th Street, Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card | BIO

**JACKSONKELLY**

Colorado   West Virginia   Kentucky   Pennsylvania   Indiana   Ohio   Washington, D.C.

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Zac Graupmann <Zac@jmvpclaw.com>
**Sent:** Friday, February 12, 2021 4:52 PM
**To:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Cc:** Jeff Villanueva <jeff@jmvpclaw.com>
**Subject:** RE: Follow-up; CRE 408 Communication

1

| EXTERNAL MESSAGE |
|---|

Ms. Edwards,

Ms. Enciso is planning to move out of the property by April 1, 2021, without prejudice to her claim of ownership.

Best,

Zachary M. Graupmann
1755 Blake Street, Suite 225
Denver, Colorado 80202
303-295-7525
Facsimile:303-295-7511

This is a transmission from the law firm of Jeffrey M. Villanueva, P.C., and may contain information which is privileged, confidential and/or protected by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510 et seq., and the state and federal attorney-client privilege or attorney work product privileges. If you are not the addressee and/or intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy it and its attachments without reading or saving in any manner. Please notify us immediately at our telephone number (303) 295-7525. Thank you.

**From:** Edwards, Victoria <victoria.edwards@jacksonkelly.com>
**Sent:** Friday, February 12, 2021 10:44 AM
**To:** Zac Graupmann <Zac@jmvpclaw.com>
**Subject:** Follow-up

Mr. Graupmann,

I write to follow up on our last call:

1. You informed me that Ms. Enciso is moving out of the property by April 1, 2021. Please confirm this is still the case.

Please advise.

Victoria

**Victoria Edwards** | Counsel | Jackson Kelly PLLC
1099 18th Street, Suite 2150 | Denver, CO 80202
Office: (303) 390-0354 | Fax: (303) 390-0177
victoria.edwards@jacksonkelly.com | V-card | BIO

JACKSONKELLY

Colorado   West Virginia   Kentucky   Pennsylvania   Indiana   Ohio   Washington, D.C.

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.