# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21 -cv- 498-RM-KLM

JORY CASS,

      Plaintiff,

v.

EVELYN ENCISO,

      Defendant.

---

## STIPULATED ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| */s/ Victoria E. Edwards* | */s/ Zachary M. Graupmann* |
| Victoria E. Edwards, Esq. | Zachary M. Graupmann, Esq. |
| JACKSON KELLY, PLLC | Jeffrey Villanueva, Esq. |
| 1099 18th Ave., Suite 2150 | 1755 Blake Street, Suite 225 |
| Denver, CO 80202 | Denver, CO 80202 |
| Telephone: (303) 390-0003 | Telephone: (303) 295-7525 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**SO ORDERED**

Dated: _____      _____

                                                                 Hon. Kristen L. Mix
                                                                 United States Magistrate Judge

Effective December 1, 2015
4821-1045-6299.v1