District Court __JEFFERSON__ County, Colorado
Court Address:
__100 JEFFERSON COUNTY PARKWAY   Golden, CO - 80401__

2020 AUG 27 PM 2:46

Filed
Combined Court
Jefferson County, Co

In re the Marriage of:
Petitioner: __EVELYN B. ENCISO__
and
Co-Petitioner/Respondent: __JORY D. CASS__

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):

Phone Number:        E-mail:
FAX Number:          Atty. Reg. #:

Case Number:
**20DR1173**
Division          Courtroom

**PETITION FOR:** ☒ **DISSOLUTION OF MARRIAGE**   ☐ **LEGAL SEPARATION**
**PURSUANT TO § 14-10-106, C.R.S.**
******IF CHILDREN ARE PART OF THIS ACTION, PLEASE CHECK HERE ☐******

1. This Petition is for ☒ Dissolution of Marriage or ☐ Legal Separation.

2. The Marriage is irretrievably broken.

3. **Information about the Petitioner:** Check if in Military ☐
   Full Legal Name: __EVELYN BERTHA ENCISO__   Date of Birth: __09/02/1989__
   Length of **Current Residency in Colorado**: __1y 2mos__ (Years/months) Dates:_____
   Current Mailing Address: __7583 LAMAR CT._____ Apt.#____
   City: __ARVADA__   State: __CO__   Zip Code: __80003__   Home Phone #:____
   Email Address: __EVENCISO0209@GMAIL.COM__ Cell Phone #: __720 480 5383__

4. **Information about the Co-Petitioner/Respondent:** Check if in Military ☐
   Full Legal Name: __JORY DAVID CASS__   Date of Birth: __06/01/1989__
   Length of **Current Residency in Colorado**: __1y 2mos__ (Years/months) Dates:_____
   Current Mailing Address: __7583 LAMAR CT._____ Apt.#____
   City: __ARVADA__   State: __CO__   Zip Code: __80003__   Home Phone #:____
   Email Address: __JCASS002@FIU.EDU__   Cell Phone #: __305 519 1331__

5. Date of the Marriage: __06/01/2016__   Place of Marriage: __FLORIDA__ (City/State)

6. Date the parties separated: __08/19/2020__

7. A party to the marriage is ☐ presently expecting a child ☒ not presently expecting a child

8. The following child(ren) was/were born or adopted of this marriage. (attach a second sheet, if necessary):

JDF 1101   R2-18   PETITION FOR: ☐ DISSOLUTION OF MARRIAGE ☐ LEGAL SEPARATION                Page 1 of 4

**Exhbit 1**
**Response to Motion To Dismiss**

| Full Name of Child | Present Address | Sex | Date of Birth |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

9. The child(ren) listed above have lived in Colorado for a minimum of 182 days prior to the filing of this Petition or since birth if under six months of age. ☐Yes ☐No  If **No**, please state the name of child, name of person child lived with and the month, date and year when each child most recently moved to Colorado.

| Full Name of Child | Name of Person Child Lived with | State Moved From | Month | Day | Year |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

10. I/We understand that a request for genetic tests shall not prejudice the requesting party in matters concerning allocation of parental responsibilities pursuant to §14-10-124(1.5), C.R.S.  If genetic tests are not obtained prior to a legal establishment of paternity and submitted into evidence prior to the entry of the final decree of dissolution or legal separation, the genetic tests may not be allowed into evidence at a later date.

11. **Each party has a continuing duty to inform the Court of any proceeding in this or any other state that could affect the current proceeding.**

12. **I/We understand that the Court may review any case involving the children, Petitioner, Co-Petitioner/ Respondent and other parties named in this Petition that have been filed in any Court.**

13. I/We have participated in the following proceeding(s) regarding the child(ren) as a party or a witness, or in any other capacity concerning the allocation of parental responsibilities including decision-making, child support and parenting time with the child(ren).  Identify name of court, case number, state, date, and type of proceeding if any.

| Name of Court | Case Number | State | Date of Proceeding | Type of Proceeding |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

14. I/We know of the following proceeding(s) that could affect the current proceeding including, but not limited to proceedings relating to domestic violence or domestic abuse, enforcement of Court orders, protection/restraining orders, termination of parental rights, and adoptions. Identify name of court, case number, state, date, and type of proceeding if any.

| Name of Court | Case Number | State | Date of Proceeding | Type of Proceeding |
|---|---|---|---|---|
| JEFFERSON | 20M 4372 | CO | 08/20/2020 | ADVISEMENT |
| | | | | |
| | | | | |
| | | | | |

15. The following people are not parties in this matter, but have physical custody of the child(ren) or claim rights of parental responsibilities, legal custody or physical custody, or visitation/parenting time with the child(ren). Identify name and address of those persons, if any.

| Full Name of Person | Address (Street, City/State, Zip Code) |
|---|---|
| N/A | |
| | |
| | |

JDF 1101   R2-18   PETITION FOR: ☐DISSOLUTION OF MARRIAGE ☐LEGAL SEPARATION                         Page 2 of 4

16. **Required Notice of Human Services Involvement.**

    The parents or dependent child(ren) listed on this Petition has/have received within the last five years, or is/are currently receiving benefits or public assistance from the state Department of Human Services or the County Department of Social Services. ☐No ☐Yes  If your answer was **Yes**, complete the following:

    | Name of Person Receiving Benefit | Name of County and State | Case Number | Month/Year |
    |---|---|---|---|
    | N/A | | | |
    | | | | |
    | | | | |
    | | | | |

17. **Required Notice of Prior Protection/Restraining Orders.**

    Have any Temporary or Permanent Protection/Restraining Orders to prevent domestic abuse or any Criminal Mandatory Protection/Restraining Orders (MRO) or Emergency Protection Orders been issued against either party within two years prior to the filing of this Petition?

    ☐No   ☒Yes       If your answer was **Yes**, complete the following:

    The Protection/Restraining Order was ☐Temporary ☐Permanent ☒MRO and issued against _JORY D. CASS_ in a ☐Municipal Court ☐County Court ☒District Court in the County of _JEFFERSON_, State of _COLORADO_, in case number _20M4372_ on _08/19/2020_ (date).

    What was the subject matter of the Protection/Restraining Order or Emergency Protection Order?
    _TO PREVENT DOMESTIC VIOLENCE_

18. **Notice of Existing Case with Child Support Enforcement (CSE)**
    The parents have filed a case with CSE? ☒No     ☐Yes If Yes, identify the case number: _____

19. I/We ask that the Court enter orders regarding the ☒status of the marriage, ☐best interests of the child(ren), ☒maintenance (spousal support) ☐child support, ☒division of property and debts, ☒attorney fees and costs, if appropriate, ☐restoration of the previous name of a party, ☒and any other necessary orders.

20. The ☐Petitioner ☐Co-Petitioner requests that the Court restore his/her **prior full name** to _____.

**Notice:** Colorado Revised Statutes §14-10-107, provides that upon the filing of a Petition for Dissolution of Marriage or Legal Separation by the Petitioner and Co-Petitioner, or upon personal service of the Petition and Summons on the Respondent, or upon waiver and acceptance of service by the Respondent, an automatic temporary injunction shall be in effect against **both parties** until the Final Decree is entered, or the Petition is dismissed, or until further Order of the Court. Either party may apply to the Court for further temporary orders, an expanded automatic temporary injunction, or modification or revocation under §14-10-108, C.R.S. or any other appropriate statute.

1. Both parties are restrained from transferring, encumbering, concealing, or in any way disposing of, without the consent of the other party, or an Order of the Court, any marital property, except in the usual course of business or for the necessities of life. Each party is required to notify the other party

of any proposed extraordinary expenditures and to account for all extraordinary expenditures made after the injunction is in effect; and

2. Both parties are enjoined from molesting or disturbing the peace of the other party or the minor child(ren); and

3. Both parties are restrained from removing the minor child(ren) of the parties, if any, from the state without the consent of the other party or an Order of the Court; and

4. Both parties are restrained, without at least 14 days advance notification and the written consent of the other party or an Order of the Court, from canceling, modifying, terminating, or allowing to lapse for nonpayment of premiums, any policy of health insurance, homeowner's or renter's insurance, or automobile insurance that provides coverage to either of the parties or the minor child(ren) or any policy of life insurance that names either of the parties or the minor child(ren) as a beneficiary.

Nothing in this automatic injunction shall prohibit either party from applying to the Court for further orders, an expanded automatic temporary injunction, or orders modifying or revoking this injunction.

Petitioner and Co-Petitioner, if any, acknowledge that he or she has received a copy of, has read, and understands the terms of the automatic temporary injunction set forth in this Petition and the Summons.

☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __27th__ day of __August__, __2020__, at __JEFEERSON COUNTY__
  (date)         (month)           (year)    (city or other location, and state OR country)

__EVELYN B. ENCISO__                         _[signature]_
(Printed name of Petitioner)                  Signature of Petitioner

_____
Attorney Signature ( if any)

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the _____ day of _____, _____, at _____
  (date)         (month)           (year)    (city or other location, and state OR country)

_____                    _____
(Printed name of Co-Petitioner)                Signature of Co-Petitioner

_____
Attorney Signature ( if any)

JDF 1101   R2-18   PETITION FOR: ☐DISSOLUTION OF MARRIAGE ☐LEGAL SEPARATION          Page 4 of 4

**Exhbit 1**
**Response to Motion To Dismiss**

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>In re the Marriage of:<br><br>Petitioner: EVELYN B. ENCISO<br><br>and<br><br>Respondent: JORY D. CASS | <br><br><br><br><br><br><br><br><br><br>▲ **COURT USE ONLY** ▲ |
| Attorney for Petitioner:<br>Maha Kamal, #47757<br>Colorado Family Law Project<br>1627 Vine Street<br>Denver, CO 80206<br>Phone Number: (720) 224-3010<br>Fax: (720) 358-6003<br>E-mail: maha@coloradofamilylawproject.com<br><br>Attorneys for Respondent:<br>Kelley Rider Goodwin, #41578<br>Gayle Moser, #41436<br>The Rider Goodwin Law Offices, LLC<br>Mailing Address:<br>700 N. Colorado Blvd. #295, Denver, CO 80206<br>Physical Address:<br>950 S. Cherry Street, Suite 500, Denver, CO 80246<br>Phone Number: (303) 728-4271<br>E-mail: gayle@ridergoodwinlaw.com | Case Number: 2020DR1173<br><br>Division: 8 |
| **JOINT MOTION TO DISMISS PETITION FOR DISSOLUTION OF MARRIAGE** | |

**COMES NOW**, Petitioner, Evelyn B. Enciso, by and through her attorney, Maha Kamal of Colorado Family Law Project, and Respondent, Jory D. Cass, by and through his attorney, Gayle J. Moser of The Rider Goodwin Law Offices, LLC, and hereby request that the Court dismiss this case for the following reasons:

1. The Petitioner and Respondent hereby acknowledge and state that they are not married to one another under any statutory or common law.

2. The Petitioner and Respondent request the Petition for Dissolution and this case be dismissed with prejudice.

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**Exhbit 1**
**Response to Motion To Dismiss**

3. The Petitioner and Respondent understand that this case will be dismissed and that no further action will be taken by this Court.

4. Neither party waives the right to seek other legal remedies outside of a domestic relations court.

5. A hearing on the issue of common law marriage is currently set for December 16, 2020 at 1:00 p.m. The Petitioner and Respondent request that the hearing set for December 16, 2020 be vacated.

**WHEREFORE, the Petitioner and Respondent respectfully request that this case be dismissed with prejudice.**

Respectfully submitted this _____ day of December 2020.

_____
Maha Kamal, #47757
Attorney for Petitioner

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _____ day of _____, _____, at _____
                    (date)         (month)       (year)    (city or other location, and state)

__Evelyn Enciso__         _____
(printed name of Petitioner)        *Signature of Petitioner

_____
Maha Kamal, #47757
Attorney for Petitioner

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**Exhbit 1**
**Response to Motion To Dismiss**

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the  2nd  day of   December  ,  2020 , at  Westminster, CO
       (date)     (month)    (year)  (city or other location, and state)

  Jory Cass
(printed name of Respondent)         *Signature of Respondent


*/s/ Gayle J. Moser*
Gayle J. Moser, #41436
Attorney for Respondent

---

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**Exhbit 1**
**Response to Motion To Dismiss**

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of the **Joint Motion to Dismiss Petition for Dissolution of Marriage** was served on the other party by:
☐Hand Delivery ☒E-filed ☐Faxed to this number _____  or
☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

Gayle J. Moser, Esq.
Attorney for Respondent
950 S. Cherry Street, Suite 500
Denver, CO 80246

                                               _____
                                               Maha Kamal #47757

*IRM: E. Enciso and J. Cass*
*2020DR1173*
*Jefferson County District Court*
*Joint Motion to Dismiss Petition for Dissolution of Marriage*

**Exhbit 1**
**Response to Motion To Dismiss**

| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br><br>100 Jefferson County Parkway<br>Golden, CO 80401 | DATE FILED: December 4, 2020 2:45 PM<br>CASE NUMBER: 2020DR1173 |
| **IN RE THE MARRIAGE OF**:<br><br>EVELYN ENCISO,<br><br>Petitioner,<br><br>And Concerning,<br><br>JORY CASS,<br><br>Respondent. | ∧ **COURT USE ONLY** ∧<br><br>**2020DR1173**<br>Case Number<br><br>**8**<br>Division |
| **ORDER CONCERNING JOINT MOTION TO DISMISS PETITIONER FOR DISSOLUTION OF MARRIAGE** | |

**THE COURT**, having reviewed the **JOINT MOTION TO DISMISS PETITIONER FOR DISSOLUTION OF MARRIAGE** and being fully advised and prepared to rule, does hereby **GRANT** said Motion.

**THE COURT HEREBY ORDERS:**

1. The hearing scheduled on December 16, 2020 is hereby vacated.
2. This matter is dismissed with prejudice.

**DONE,** this __4th__ day of __December__, 20 20.

**BY THE COURT:**

_____

Page **1** of **2**

**Exhbit 1**
**Response to Motion To Dismiss**

District Court Judge Russell Brent Klein

**Exhbit 1**
**Response to Motion To Dismiss**