IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00498-RM-KLM

JORY CASS,

    Plaintiff,

v.

EVELYN ENCISO,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss or in the Alternative Stay Proceedings** [#42] (the "Motion"). Pursuant to the later filing of Defendant's separate Motion to Dismiss Proceedings [#51] and Motion to Stay Proceedings [#52],

    IT IS HEREBY **ORDERED** that the Motion [#42] is **DENIED as moot**.

    Dated:  August 18, 2021