## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21 -cv- 498-RM-KLM

JORY CASS,

      Plaintiff,

v.

EVELYN ENCISO,

      Defendant.

---

## STIPULATED ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*/s/ Victoria E. Edwards*  
Victoria E. Edwards, Esq.  
JACKSON KELLY, PLLC  
1099 18th Ave., Suite 2150  
Denver, CO 80202  
Telephone: (303) 390-0003  
*Counsel for Plaintiff*

*/s/ Zachary M. Graupmann*  
Zachary M. Graupmann, Esq.  
Jeffrey Villanueva, Esq.  
1755 Blake Street, Suite 225  
Denver, CO 80202  
Telephone: (303) 295-7525  
*Counsel for Defendant*

**SO ORDERED**

Dated: __24 Aug 2021__

_____  
Hon. Kristen L. Mix  
United States Magistrate Judge

Effective December 1, 2015  
4821-1045-6299.v1